UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Sabrina M. Williams**

    **Plaintiff,**

    v.                                  Civil Action No. 1:23-cv-12122- LTS

**Amazon INC,**

    **Defendant.**

### ORDER OF RECUSAL
September 18, 2023

**SOROKIN, D.J.**

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

    **IT IS SO ORDERED.**                    /s/ Leo T. Sorokin
                                                         **UNITED STATES DISTRICT JUDGE**