THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
THE TRIAL COURT

US DISTRICT COURT
DOCKET NO: 1:23-CV-12122

ESSEX,ss
<u>SABRINA WILLIAMS</u>
Plaintiff
v.
<u>AMAZON</u>
Defendant

DATED: 11-7-2023

**EX PARTE EMERGENCY MOTION: THE PLAINTIFF MOVES FOR DOCKET 1:23-CV-12122 TO BE SEALED (IMPOUNDED)**

The plaintiff requests (a) all documents filed moving forward (b) for the duration of the docket while opened and closed (c) due to the motions pertaining to the allegations that the plaintiff's fourteenth amendment right have been violated and (d) reasons that other alternatives to impoundment will not afford adequate protection is because the information is of the type that is confidential and requires that the public does not have access to. Also, there exists harm, damage, injury that may occur as the information can be used in a retaliative way endangering the welfare of the plaintiff, compromising her safety, privileges, immunities, and/or liberties. Therefore, to protect the rights of the plaintiff and to prevent any further damage, harm, or injury to the plaintiff, it is requested that this docket be sealed/impounded. The proposed order is: "Docket 1:23-CV-12122 shall be impounded while the status of the docket is open/closed."

**Affidavit**

URIP RULE 3a states: An *ex parte* order of impoundment may be issued by the court without prior notice only upon either the filing of a written motion supported by affidavit in the manner provided in URIP Rule 2, or by the court *sua sponte*, and only upon a showing that immediate and irreparable injury may result before a party or interested nonparty can be heard in opposition. The court may conduct an *ex parte* hearing prior to issuing an order." The plaintiff in this matter, Sabrina Williams, does not request a hearing. But she requests an emergency ex parte motion in order to be able to request for this docket to be impounded as there is concern that the information available may be used in a way that may cause harm, damage, or injury to the plaintiff as the docket contains sensitive and private information. Because the nature of the docket is one involving violation of the following plaintiff's rights, **the plaintiff asserts that it is crucial that ALL OF THE docket entries of 1:23-CV-12122 be impounded as misuse of the information as well as violation of laws/rules/provisions/etc., may occur by others should the docket not be impounded. For these reasons, the plaintiff respectfully requests of this honorable court to allow the plaintiff's request to impound all docket entries of docket 1:23-CV-12122.**

Date: November 7, 2023

Signature: _Sabrina Williams_
<u>Print Name: Sabrina M Williams</u>

Street Address: 200 Brookside Drive Unit C<br>
Town: Andover<br>
State: MA<br>
Zip: 01810<br>
Tele No: 256-457-2294<br>
Email: sm484@njit.edu

Signature: _[signature]_

## CERTIFICATE OF SERVICE

EX PARTE EMERGENCY MOTION: THE PLAINTIFF MOVES<br>
FOR DOCKET 1:23-CV-12122 TO BE SEALED (IMPOUNDED)

SUBMITTED ON: 11-7-2023

I hereby have served the above named document upon the defendant via email at: EmMiller@seyfarth.com

Signature: _[signature]_<br>
Print Name: Sabrina M Williams<br>
Street Address: 200 Brookside Drive Unit C<br>
Town: Andover<br>
State: MA<br>
Zip: 01810<br>
Tele No: 256-457-2294<br>
DATE: 11/4/2023