**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

SABRINA M. WILLIAMS,

               Plaintiff,

      v.

AMAZON,

               Defendant.

Civil Action No.  1:23-cv-12122-AK

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Defendant Amazon.com Services LLC[1] ("Amazon" or "Defendant") opposes Plaintiff Sabrina Williams's Motion for Reconsideration (ECF No. 47) of the Court's Order at ECF No. 40. In light of the number of pending motions at such an early stage of this litigation, including several which affected the contents of Plaintiff's pleadings, the Court appropriately denied all of Plaintiff's and Defendant's pending motions except for Plaintiff's motion at ECF No. 31 (which the Court treated as a request for leave to file a Second Amended Complaint).  Parties must have a clear, mutual understanding of which claims are at issue in litigation, and the Court helped to effectuate that clarity in its Order at ECF No. 40.

Amazon respectfully requests that the Court deny Plaintiff's motion for reconsideration.

---

[1] Plaintiff identifies "Amazon" as the Defendant in this action, but there is no legal entity by that exact name.  The docket lists "Amazon INC" as Defendant, but there is no legal entity by that exact name either.  The precise name of Plaintiff's employer is "Amazon.com Services LLC", and Defendant presumes that is the entity Plaintiff intended to name in this litigation.

DATED: December 19, 2023

Respectfully submitted,

DEFENDANT
AMAZON.COM SERVICES LLC

By its Attorneys,


/s/ *Emily J. Miller*
Daniel B. Klein, BBO No. 638059
dklein@seyfarth.com
Emily J. Miller, BBO No. 705662
emmiller@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:   (617) 946-4800
Facsimile:    (617) 946-4801

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2023, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated below.

Sabrina M. Williams
200 Brookside Drive, Unit C
Andover, MA 01810
sm484@njit.edu
*Pro Se*

/s/ *Emily J. Miller*
Emily J. Miller

306794264v.2