# United States Court of Appeals
## For the First Circuit

No. 24-1001

SABRINA M. WILLIAMS,

Plaintiff - Appellant,

v.

AMAZON.COM SERVICES LLC,

Defendant - Appellee.

**JUDGMENT**

Entered: March 7, 2024
Pursuant to 1st Cir. R. 27.0(d)

On February 12, 2024, this Court issued an order directing the appellant to either pay the $605.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to 1st Cir. R. 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee and no request for in forma pauperis status has been filed in this Court. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sabrina M. Williams
Daniel Benjamin Klein
Emily J. Miller